# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA FAYE EVANOVICH,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br>Defendant. | Case No. 1:18-cv-01438-SKO<br>**ORDER TO AMEND APPLICATION TO PROCEED IN FORMA PAUPERIS**<br>(Doc. 2)<br>**TWENTY-ONE DAY DEADLINE** |

**ORDER**

Plaintiff Regina Faye Evanovich, appearing *in propria persona*, filed a complaint on October 18, 2018, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) Plaintiff's application fails to set forth complete answers to question numbers 2(a)–(f) regarding sources of income and fails to set forth an answer to questions numbers 6–8 regarding monthly expenses, dependents, and debts. (*See* Doc. 2.)

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days from the date of this order, Plaintiff shall file an amended application to proceed *in forma pauperis* that fully responds to all applicable questions, including questions number 2 and 6–8; and

2. The Clerk of Court is DIRECTED to serve Plaintiff with a copy of this order and a new *in forma pauperis* application form.

IT IS SO ORDERED.

Dated: **October 19, 2018**          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE