# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINA FAYE EVANOVICH,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:18-cv-01438-SKO<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docs. 4, 5) |

**ORDER**

Plaintiff Regina Faye Evanovich, appearing *in propria persona*, filed a complaint on October 18, 2018, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) On October 19, 2018, the Court issued an order noting that Plaintiff's application to proceed *in forma pauperis* was incomplete and ordered Plaintiff to file an amended application to proceed *in forma pauperis* that fully responds to all applicable questions. (Doc. 3.)

On November 5, 2018, Plaintiff filed two applications to proceed *in forma pauperis*. (Docs. 4, 5.) The two applications contain substantially similar information, except the second application includes more detailed information regarding Plaintiff's debts and an attachment from Kern County apparently substantiating Plaintiff's monthly income. (*See* Doc. 5 at 2, 4–5.) As Plaintiff's second application contains more details regarding Plaintiff's financial status, the Court will consider the second application for purposes of determining Plaintiff's *in forma pauperis* status. Having reviewed the second application, the Court finds Plaintiff has demonstrated entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed *in forma pauperis* (Doc. 5), is GRANTED;
2. Plaintiff's additional, and less detailed, application to proceed *in forma pauperis* (Doc. 4), is DENIED as moot;
3. The Clerk of Court is DIRECTED to issue a summons; and
4. The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated: **November 8, 2018**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE