JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Regina Evanovich, <br><br> Plaintiff, <br><br> vs. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 1:18-cv-01438-SKO <br><br> REQUEST AND ORDER FOR EXTENSION OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANT |

Plaintiff, through counsel, hereby moves for an extension of time to effect service of the summons and complaint upon the defendant in this matter. The Court granted the plaintiff's Motion to Proceed In Forma Pauperis on November 8, 2018. On April 16, 2019, Counsel entered his appearance. (Doc #10). The court granted Plaintiff's motion to substitute as counsel on April 19, 2019. (Doc#11) Plaintiff requests an extension of time for good cause as shown below.

### MEMORANDUM IN SUPPORT OF MOTION
### FOR EXTENSION OF TIME

Plaintiff respectfully files this motion pursuant to F.R.Civ.P. 6(b)1 to request an extension of time on the deadline for service in this case. Plaintiff has no information on the

1

Defendant's position regarding this motion, as this matter is in the early stages and no attorney has entered appearance for the Defendant at this time.

As good cause for this extension, Plaintiff's Counsel submits that Plaintiff was unrepresented and unfamiliar with the Rules that govern Service in a federal matter. He sought out counsel to assist in this matter. As with all matters, Counsel must first look to the merits of the case before engaging in representation. F.R.Civ.P. 11

After review of the file, we submitted the representation documents immediately. Therefore, Counsel respectfully requests an extension of time on the deadline for service in this matter due to these extenuating circumstances. We request an extension of time until May 3, 2019.

Respectfully submitted,

Dated: April 29, 2019      PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

### **ORDER**

Pursuant to the above request (Doc. 12), Plaintiff is granted an extension of time until **May 3, 2019**, in which to serve the summons and complaint in this case.

IT IS SO ORDERED.

Dated: __**April 30, 2019**__      ____/s/ *Sheila K. Oberto*____
UNITED STATES MAGISTRATE JUDGE