McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| REGINA FAYE EVANOVICH,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:18-cv-01438-SKO<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HIS RESPONSIVE BRIEF** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file his responsive brief. Defendant respectfully requests this additional time because of a very heavy workload accumulated from leave over the holidays, including thirteen other district court merits briefs due within the next three weeks.

Extension Stipulation

1

The new due date for Defendant's responsive brief will be Wednesday, March 4, 2020.

Respectfully submitted,

Date: *February 3, 2020*  PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*\*
JONATHAN OMAR PENA
*\* By email authorization on January 31, 2020*
Attorney for Plaintiff

Date: *February 3, 2020*  McGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 24), for good cause shown, Defendant shall file his responsive brief by no later than March 4, 2020. All other deadlines in the scheduling order, (Doc. 8), are hereby modified accordingly.

IT IS SO ORDERED.

Dated: **February 3, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE