JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA 93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Regina Evanovich, <br>        Plaintiff, <br><br> vs. <br><br> ANDREW SAUL, <br> Commissioner of Social Security, <br><br>        Defendant. | Case No. 1:18-cv-01438-SKO <br><br> STIPULATION AND ORDER FOR EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 03/13/2020 to 04/12/2020, for Plaintiff to serve on defendant with PLAINTIFF'S REPLY BRIEF. All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's second request for an extension of time for which there is good cause. Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. The week of 03/09/2020 Plaintiff's Counsel had 17 Administrative Hearings; the week of 03/15/2020 Plaintiff's Counsel has 9 administrative hearings: Each hearing required that counsel draft a thorough brief. Counsel asserts that he has had an usual February and March Administrative Hearing Calendar with nearly double the hearings from the usual number of hearings. In additional, Counsel has had several merit briefs due in the US District Courts. Counsel requires additional time to brief the issues thoroughly for possible

1

settlement negotiations.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: March 12, 2020              PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
  JONATHAN OMAR PENA
  Attorneys for Plaintiff

Dated: March 13, 2020              MCGREGOR W. SCOTT
  United States Attorney
  DEBORAH LEE STACHEL
  Regional Chief Counsel, Region IX
  Social Security Administration

By:  *\*/s/ Marla Letellier OBO Ellinor R. Coder*

  Marla Letellier OBO Ellinor R. Coder
  Special Assistant United States Attorney
  Attorneys for Defendant
  (\*As authorized by email on 03/13/2020)

**ORDER**

Pursuant to the parties' above stipulation, (Doc. 28), for good cause shown, Plaintiff shall file and serve on Defendant the reply brief by no later than April 12, 2020.

IT IS SO ORDERED.

Dated:  **March 13, 2020**                    /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE